UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

                                        Case No. 01-cr-80075-6

v.                                     Honorable Linda V. Parker

DEON REESE,

      Defendant.

_____/

## **OPINION AND ORDER DENYING WITHOUT PREJUDICE "MOTION TO GET MY RIGHTS BACK"**

On August 23, 2001, Defendant Deon Reese pled guilty pursuant to a Rule 11 Plea Agreement to one count of conspiracy to commit federal crimes in violation of 18 U.S.C. § 371.  (ECF No. 128.)  The Honorable John Corbett O'Meara, to whom this case was previously assigned, sentenced Defendant to a term of imprisonment of 27 months, followed by a three-year term of supervised release.  (ECF No. 225.)  Defendant was required to pay restitution in the amount of $64,379.21 to several entities.  (*Id*.)

On July 13, 2026, Defendant filed a motion entitled "Motion to Get Rights Back."  (ECF No. 316.)  In the motion, Defendant vaguely requests to have his rights reinstated, indicating that he has completed his sentence, has not been in any

trouble, works, and takes care of his family.  It is unclear to the Court, however, what specific relief Defendant is seeking in the motion.

Therefore, the motion (ECF No. 316) is **DENIED WITHOUT PREJUDICE**.  Defendant may file a second motion in which he specifies the relief he is seeking (i.e., the rights deprived due to this matter, which he believes this Court can reinstate), and any authority supporting his request for relief.

**SO ORDERED**.

s/ Linda V. Parker
LINDA V. PARKER
U.S. DISTRICT JUDGE

Dated: July 15, 2026

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, July 15, 2026, by electronic and/or U.S. First Class mail.

s/Aaron Flanigan
Case Manager